UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 27, 2015

MEMO TO COUNSEL RE:  Capital Meats, Inc. v. The Meat Shoppe, et al.
Civil No. JFM-15-212

Dear Counsel:

This will confirm, as discussed during the conference held today, that the motion for temporary restraining order (document 2) is denied.  A hearing on the motion for preliminary injunction will be held on March 2, 2015 at 9:30 am.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge